**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Royce Hassell v. Hassell Construction Co., Inc., Phillip Hassell, Shawn Hassell Potts, and Jason Hassell

Appellate case number:    01-18-00709-CV

Trial court case number:  2016-87708

Trial court:              61st District Court of Harris County

On August 23, 2018, this Court provided notice to all parties that this appeal was stayed pursuant to the "Amended Notice of Bankruptcy Pursuant to TRAP Rule 8," submitted by appellant, Royce Hassell, on August 10, 2018. At that time, this Court notified the parties that no further action would be taken until any party successfully moved to reinstate the appeal or sever with respect to the bankrupt party. *See* TEX. R. APP. P. 8.2.

On January 28, 2020, appellant filed a "Motion to Dismiss Appeal" with this Court, seeking dismissal of this appeal pursuant to an order of the bankruptcy court. **We strike appellant's motion to dismiss.** Appellant's motion fails to comply with Rule 8.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.3(a). The Court will consider a motion to dismiss accompanied by a motion to reinstate that complies with Rule 8.3. *Id.*

It is so ORDERED.


Judge's signature: _____/s/ Evelyn V. Keyes_____
                   ☑ Acting individually    ☐ Acting for the Court


Date:   ___March 5, 2020___